```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  APR 10 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DUKESHANE TORRES PALK, | ) No. CV 05-04439-RSWL(CT) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| JEANNE WOODFORD, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED:

1. The report and recommendation is accepted.

2. Summary judgment is granted to defendant Olusegun Leramo. As an order granting partial summary judgment, this order is interlocutory and nonappealable, and is reviewable on appeal from the final judgment disposing of the entire case. See <u>Dannenberg v. Software Toolworks, Inc.</u>, 16 F.3d 1073, 1074-75 (9th Cir. 1994); <u>Stewart Title & Trust of</u>

///

///

///

1 | Phoenix v. Ordean, 528 F.2d 894, 897 n.1 (9th Cir. 1976); Fed. R. Civ.
2 | P. 54(b).
3 |     3.   The clerk shall serve this order on all counsel or parties of
4 | record.

DATED: April 10, 2008

RONALD S.W. LEW

_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE