O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DUKESHANE TORRES PALK, | ) | CV 05-4439-RSWL (CTx) |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. | ) | |
| Defendants. | ) | |

  The Court is in receipt of Plaintiff's Motion for Reconsideration Pursuant to Local Rule 7-18 or in the Alternative, Objection to the May 28, 2010 Order Pursuant to a Partial Finding in the Motion and Hearing on Motion for Withdraw [203}.  As the Court best construes the Motion, Plaintiff argues that the Court did not consider Plaintiff's Reply during the May 28, 2010 hearing on Pro Bono Counsel's Request to Withdraw. However, as stated in the Court's June 7, 2010 Order

1

(Docket Number 201), the Court received and considered Plaintiff's Reply before the May 28, 2010 hearing.

Moreover, the Court continued the Request to Withdraw until June 29, 2010 in order for Plaintiff and Counsel to meet and for Plaintiff to have a last opportunity to salvage the attorney-client relationship with Pro Bono Counsel.  No argument presented by Plaintiff in his Motion supports the Court reconsidering the Order continuing the Request to Withdraw and vacating the remaining dates.  Any further arguments presented by Plaintiff regarding the nature of the break in the attorney-client relationship between Plaintiff and Counsel or the necessity of the Court appointing replacement Pro Bono Counsel have already been considered by the Court.  Accordingly, Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: June 15, 2010.

RONALD S.W. LEW
---
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge