JS6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dukeshane Torres Palk,** | CV 05-4439 RSWL (CTx) |
| Plaintiff, | **ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **[Fed. R. Civ. P. 41(a)(1)(ii)]** |
| **Jeanne Woodford, et al.,** | Judge     The Honorable Ronald S. W. Lew |
| Defendants. | |

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Dukeshane Torres Palk, and Defendants C. M. Harrison, J. Fitter, G.D. Sumpter, S. Sodhi, R. Avery, P. Fortaleza, A. Pattanachinda, M. Attygalla, W. Echendu, H. Cassim have executed a stipulation regarding the voluntary dismissal of this action in its entirety with prejudice. The parties have stipulated that each party is to bear his or her own costs, fees, and expenses of any type and that there is no prevailing party in this action.

/ / /

/ / /

1

| | |
|---|---|
| 1 | **ACCORDINGLY**, **IT IS ORDERED** that this action is dismissed with |
| 2 | prejudice and each party is to bear its own costs, fees, and expenses. |
| 3 | |
| 4 | Dated: May 16, 2011 |
| 5 | |
| 6 | |
| 7 |                   RONALD S.W. LEW |
| 8 | Honorable Ronald S.W. Lew |
| 9 | Senior, U.S. District Court Judge |